RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE __4 / 18 / 16__
BY _____MB_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JOSEPH TYLER                              CIVIL ACTION NO. 6:14-cv-00650
    LA. DOC #130174
VS.                                       SECTION P

                                          JUDGE JAMES T. TRIMBLE

WARDEN N. BURL CAIN              MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 18th day of April, 2016.

_____
James T. Trimble, Jr.
United States District Judge